IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| MCWANE, INC. D/B/A MANCHESTER TANK & EQUIPMENT CO., and AIG SPECIALTY INSURANCE COMPANY, XL INSURANCE AMERICA, INC. and ZURICH AMERICAN INSURANCE COMPANY, as Subrogees of McWane, Inc. d/b/a Manchester Tank & Equipment Co.,<br><br>Plaintiffs<br><br>v.<br><br>MCINTYRE BROTHERS, INC., and MCINTYRE BROTHERS LLC as Successor in Interest of MCINTYRE BROTHERS, INC.<br><br>Defendants. | CAUSE NO. 1:23-CV-53-GNS<br><br>Removed from Taylor Circuit Court<br>Civil Action No. 23-CI-00062 |

## AGREED ORDER OF DISMISSAL

Come the Plaintiffs, McWane, Inc. d/b/a Manchester Tank & Equipment Co., and AIG Specialty Insurance Company, XL Insurance America, Inc. and Zurich American Insurance Company, as Subrogees of McWane, Inc., and the Defendants, McIntyre Brothers, Inc. and McIntyre Brothers, LLC as Successor in Interest of McIntyre Brothers, Inc., by counsel, and the Court being sufficiently advised, **IT IS HEREBY ORDERED**:

1. The parties' construed motion is **GRANTED.**

2. All claims asserted by Plaintiffs against Defendant McIntyre Brothers, Inc. are **DISMISSED**, with prejudice.

3. All claims asserted by Plaintiffs against Defendant McIntyre Brothers, LLC are **DISMISSED**, with prejudice.

4. This action is **DISMISSED** and **STRICKEN** from the docket. The parties shall bear their respective costs, fees, and expenses.

Greg N. Stivers, Chief Judge
United States District Court

October 7, 2024

Tendered by:

*/s/ Scott S. Katz* (with permission)

_____
Dean S. Rauchwerger, Esq.
Geoffrey M. Waguespack, Esq.
Scott S. Katz, Esq.
Angela M. Call, Esq.
Steven C. Call, Esq.
*Counsel for Plaintiffs*


*/s/ Stephen C. Keller*

_____
Michael S. Maloney, Esq.
Stephen C. Keller, Esq.
*Counsel for Defendants, McIntyre Brothers, Inc. and McIntyre Brothers, LLC.*